# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ochan O.,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, DHS; Samuel Olson, ICE; and Eric Tollefson, Kandiyohi Sheriff,<br><br>Respondents. | Case No. 26-CV-4474 (JWB/SGE)<br><br>**ORDER** |

**IT IS HEREBY ORDERED**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Ochan O. by no later than **October 26, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, Petitioner must do so within **seven days** of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: October 15, 2026

*s/ Shannon G. Elkins*
Shannon G. Elkins
United States Magistrate Judge