**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ochan O.,

Petitioner,

v.

Markwayne Mullin, DHS; Samuel Olson, ICE; and Eric Tollefson, Kandiyohi Sheriff,

Respondents.

Case No. 26-CV-4474 (JWB/SGE)

**ORDER**

---

Respondents were previously directed to file a response to the petition for a writ of habeas corpus of petitioner Ochan O. by no later than October 26, 2026. (*See* Dkt. 7). That deadline has now passed. **By no later than October 30, 2026**, respondents must submit file and serve a response to the habeas petition in this matter. Petitioner may file a reply to that response within seven days of the date that the response is filed and served.

SO ORDERED.

Date: October 28, 2026

*s/Shannon G. Elkins*
Shannon G. Elkins
U.S. Magistrate Judge